1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11   PERLAN THERAPEUTICS, INC.,                        CASE NO. 06-CV-1701 WQH (LSP)

12                                        Plaintiff,    **ORDER DISMISSING CASE**
                        vs.                            **WITHOUT PREJUDICE**
13
     NEXBIO, INC., a California corporation,
14   FANG FANG, an individual, and MANG
     YU, an individual,
15
                                         Defendants.
16
           HAYES, Judge:

17         On November 28, 2006, this Court issued its "Order Granting Motion to Withdraw" (D.E. #

18   11), permitting Plaintiff's former counsel, Duane Morris LLP, to withdraw from its representation of

19   Plaintiff in this case.  The Court's Order Granting Motion to Withdraw also contained the following

20   discussion:

21         Pursuant to Local Civil Rule 83.3(k) and federal common law, a Corporation can only
           appear and litigate in federal court through licensed counsel.  *United States v. High*
22         *Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Accordingly, Plaintiff
           is **HEREBY NOTIFIED** that it has 30 days from the date this order is filed to obtain
23         new counsel and have counsel file a notice of appearance.  Plaintiff is also notified that
           if it fails to obtain new counsel and have counsel file a notice of appearance, the instant
24         case may be dismissed without prejudice.

25   (D.E. # 11.)  More than 30 days has passed since the Clerk mailed this Order to Plaintiff, and Plaintiff

26   has failed to have counsel file a notice of appearance.  Indeed, Plaintiff has failed to file anything since

27   the withdrawal of its counsel.  As previously set out in the Order Granting Motion to Withdraw, "a

28   corporation may appear in federal court only through licensed counsel."  *United States v. High*

1  *Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see also D-Beam Ltd. P'ship v. Roller Derby*

2  *Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004).  Because Plaintiff has failed to appear through

3  counsel, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

4       The Court **ORDERS** the Clerk's Office to mail a copy of this order to Plaintiff at the following

5  address:

6  Mr. Robert M. Jaffe
  Sorrento Associates, Inc.

7  Suite 1040
  4370 La Jolla Village Drive

8  San Diego, CA 92122

9

10      **IT IS SO ORDERED.**

  DATED:  January 23, 2007

11

12                        **WILLIAM Q. HAYES**
                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28